# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2009

137532

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THEODORE A. LEE,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137532
COA: 286539
Muskegon CC: 00-045041-FH

_____/

      On order of the Court, the application for leave to appeal the October 9, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009

_____
Clerk

s0217